```
                          FILED - SOUTHERN DIVISION
                          CLERK, U.S. DISTRICT COURT

                               JUL - 3 2013

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY            DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SAAVEDRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. CV 12-5238 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: July 3, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE